1 | JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
2 | 1255 Powell Street
Emeryville, California 94608
3 | Telephone:  (415) 348-6000
Facsimile:   (415) 348-6001
4 | Email:        jkirsch@gibsonrobb.com

5 | Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 GREAT AMERICAN INSURANCE<br>COMPANY, a corporation; | Case No. 2:21-cv-08491 |
| 12 | **COMPLAINT FOR DAMAGE TO OCEAN CARGO** |
| 13 Plaintiff, | |
| 14 | (Damages in the sum of $105,107.20) |
| v. | |
| 15 | |
| 16 ITL USA INC., a corporation; and<br>DOES 1 to 10; | |
| 17 | |
| 18 Defendants. | |
| 19 | |

20 |     Plaintiff's complaint follows:

21 |     1.     Plaintiff GREAT AMERICAN INSURANCE COMPANY ("GAIC"),

22 | is now, and at all times herein material was, a corporation, duly organized and

23 | existing by virtue of law.  GAIC is a citizen of the state of Ohio and was the insurer

24 | of the cargo that is the subject of this action.

25 |     2.     Plaintiff is informed and believes, and on the basis of that information

26 | and belief alleges, that ITL USA INC., a corporation; and DOES ONE through

27 | TEN, (hereafter "Defendants"), are now and at all times herein material were

28 | engaged in business as common carriers for hire within the United States and within

1   this judicial district.

2        3.      The true names of defendants sued herein as DOES ONE through TEN,

3   each of whom is responsible for the events and matters herein referred to, and each

4   of whom caused or contributed to the damage herein complained of, are unknown to

5   Plaintiff, who therefore sues said defendants by such fictitious names.  Plaintiff will

6   amend its complaint to show the true names of said defendants when the same have

7   been ascertained.

8        4.      Plaintiff's complaint contains a cause of action for non-delivery of

9   cargo arising under a statute of the United States, namely the Carriage of Goods by

10  Sea Act, 46 U.S.C. 30701, *et seq*., and is therefore within the jurisdiction of this

11  Court pursuant to 28 U.S.C. § 1331, as more fully appears herein.  Additionally, the

12  Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333.  Venue is proper

13  under 28 U.S.C. § 1391(b).

14       5.      This is a cause of action for damage to ocean cargo, and is an admiralty

15  and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil

16  Procedure, as hereinafter more fully appears.

17       6.      Plaintiff is informed and believes, and on the basis of such information

18  and belief alleges that, on or about November 5, 2020, at Ho Chi Minh City,

19  Vietnam, Defendants, and each of them, received a shipment of 394 cartons

20  containing furniture pieces for carriage under bill of lading number

21  SGLGB2011167, and others, issued by and/or on behalf of said defendants.

22  Defendants, and each of them, agreed, under contracts of carriage and in return for

23  good and valuable consideration, to carry said cargo from Ho Chi Minh City,

24  Vietnam to Long Beach, California, and there deliver said cargo to the lawful holder

25  of the aforementioned bill of lading, and others, in the same good order, condition,

26  and quantity as when received.

27  / / /

28  / / /

COMPLAINT FOR DAMAGE TO OCEAN CARGO
Case No. 2:21-cv-08491; Our File No. 5478.41

2

1         7.     Thereafter, in breach of and in violation of said agreements,

2    Defendants, and each of them, did not deliver said cargo in the same good order,

3    condition, and quantity as when received as when received at Ho Chi Minh City,

4    Vietnam.  To the contrary, Defendants, and each of them,  failed to deliver the 394

5    cartons.  The reasonable value of the non-delivered cargo was $105,107.20.

6         8.     Prior to the shipment of the herein described cargo and prior to any loss

7    thereto, Plaintiff GAIC issued its policy of insurance whereby Plaintiff GAIC agreed

8    to indemnify the owner of the cargo and its assigns, against loss of or damage to

9    said cargo while in transit, including mitigation expenses, and Plaintiff GAIC has

10   therefore become obligated to pay, and has paid to the person entitled to payment

11   under said policy the sum of $105,107.20, on account of the herein described loss.

12        9.     Plaintiff has therefore been damaged in the sum of $105,107.20, or

13   another amount according to proof at trial, no part of which has been paid, despite

14   demand therefor.

15        WHEREFORE, Plaintiff prays that this Court enter judgment in its favor and

16   against Defendants, and each of them; that this Court decree payment by

17   Defendants, and each of them, to Plaintiff in the sum of $105,107.20, together with

18   prejudgment interest thereon and costs of suit herein; and that Plaintiff have such

19   other and further relief as in law and justice it may be entitled to receive.

20

21                        Respectfully submitted,

22   Dated: October 27, 2021          GIBSON ROBB & LINDH LLP

23

24                     /s/ JOSHUA E. KIRSCH
                       Joshua E. Kirsch, Esq.

25                     jkirsch@gibsonrobb.com
                       Attorneys for Plaintiff

26                     GREAT AMERICAN
                       INSURANCE COMPANY

27

28

---

COMPLAINT FOR DAMAGE TO OCEAN CARGO
Case No. 2:21-cv-08491; Our File No. 5478.41                  3